IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DR. MARK W. STURDY d/b/a ROCHESTER VETERINARY CLINIC on behalf of itself and a class, )<br><br>Plaintiff, )<br><br>v. )<br><br>CEVA ANIMAL HEALTH, LLC, and JOHN DOES 1-10 )<br><br>Defendants. ) | No. 3:12-cv-03201 |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO FILE SETTLEMENT AGREEMENT
AND MOTION FOR PRELIMINARY APPROVAL**

NOW COMES Defendant, CEVA ANIMAL HEALTH, LLC, by and through its attorneys, Sorling Northrup, Stephen F. Hedinger, of Counsel, and for its motion for a two-day enlargement of time to file the settlement agreement between the parties, and for Plaintiff to file the motion for preliminary approval of class action settlement, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and this Court's Local Rule 6.1, CDIL-LR 6.1, states as follows:

1. On November 20, 2012, Defendant filed the Joint Notice of Intent to File Settlement Agreement and Unopposed Motion to Suspend Other Litigation Deadlines (d/e #16) ("Notice of Intent"). The Notice of Intent was filed with the express authorization and approval of counsel for Plaintiff.

2. Among other things, the Notice of Intent informed this Court that the parties had diligently negotiated in good faith the terms of the settlement of the class action allegations, and had reached agreement by that date upon the core settlement terms. The Notice of Intent

requested that, in lieu of further litigation activities and in light of the settlement in principle, this Court suspend further litigation activities, including the obligation for Defendant to respond to the Complaint, and that this Court set a deadline of December 3, 2012 for the parties to file their settlement agreement and for Plaintiff to file a motion for preliminary approval. The Notice of Intent noted the intervening Thanksgiving holiday and the need to draft several settlement documents relating to the class action allegations in support for the requested time.

3. By Order of November 20, 2012, the Honorable Richard Mills, District Judge, referred this matter to U.S. Magistrate Judge Byron G. Cudmore for a Report and Recommendation on Approval of Settlement of Class Action.

4. By Order entered November 21, 2012, this Court, through U.S. Magistrate Judge Cudmore, ordered the parties to file their settlement agreement and for Plaintiff to file a motion for preliminary approval by December 3, 2012, and suspended all other litigation deadlines.

5. Defendant now reports that the parties have reached agreement on virtually all language necessary for the preliminary approval of this settlement, including their settlement agreement, the Plaintiff's motion for approval of the preliminary settlement, the form class notice and claim form, and proposed Court Orders for use in authorizing the preliminary and final approvals.

6. Due in part to the loss of time resulting from the intervening Thanksgiving holiday, and in part to the numerous documents needed for this settlement, although the parties have reached agreement on virtually all of the required language, there are a few details to finalize and the parties will not be able to get all approvals and authorizations on the proposed settlement language. Accordingly, Defendant at this time asks that this Court extend the deadline for the filing of the settlement agreement and Plaintiff's motion for preliminary

approval, for two additional days, to and until Wednesday, December 5, 2012. The additional two days will allow the parties to obtain full and complete authorization for the settlement of the various issues involved with this class action. Plaintiff agrees with this request.

WHEREFORE Defendant, CEVA ANIMAL HEALTH, LLC, respectfully requests an Order granting a two-day enlargement of time, to and including Wednesday, December 5, 2012, for the parties to file their settlement agreement and for Plaintiff to file the motion for preliminary approval of the settlement.

Dated:  December 3, 2012               Respectfully submitted,

                                       CEVA ANIMAL HEALTH, LLC,
                                       Defendant,

                                       /s/  Stephen F. Hedinger
                                       Stephen F. Hedinger (6198999)
                                       Attorneys for Ceva Animal Health, LLC
                                       Sorling Northrup
                                       1 North Old State Capitol Plaza, Suite 200
                                       P.O. Box 5131
                                       Springfield, IL 62705
                                       Telephone:  (217) 544-1144
                                       Facsimile:   (217) 522-3173
                                       E-Mail:  sfhedinger@sorlinglaw.com

                                       Russell J. Keller (6237423)
                                       Stinson Morrison Hecker LLP
                                       1201 Walnut Street, Suite 2900
                                       Kansas City, MO  64106-2150
                                       Telephone: (816) 691-2336
                                       Facsimile: (816) 412-1218
                                       E-Mail:  rkeller@stinson.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Daniel A. Edelman
>Michelle R. Teggalaar
>Julie Clark
>Heather A. Kolbus
>Edelman, Combs, Latturner & Goodwin, LLC
>120 S. LaSalle Street, 18th Floor
>Chicago, IL  60603
>
>Russell J. Keller
>Stinson Morrison Hecker LLP
>1201 Walnut Street, Suite 2900
>Kansas City, MO  64106-2150
>Telephone: (816) 691-2336
>Facsimile: (816) 412-1218
>E-Mail:  rkeller@stinson.com

>/s/  Stephen F. Hedinger
>Stephen F. Hedinger (6198999)
>Attorneys for Ceva Animal Health, LLC
>Sorling Northrup
>1 North Old State Capitol Plaza, Suite 200
>P.O. Box 5131
>Springfield, IL 62705
>Telephone:  (217) 544-1144
>Facsimile:   (217) 522-3173
>E-Mail:  sfhedinger@sorlinglaw.com