IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DR. MARK W. STURDY d/b/a ROCHESTER VETERINARY CLINIC on behalf of itself and a class, <br><br> Plaintiff, <br><br> v. <br><br> CEVA ANIMAL HEALTH, LLC, and JOHN DOES 1-10, <br><br> Defendants. | 12 CV 3201 <br><br> Honorable Judge Mills <br> Magistrate Judge Cudmore |

### FINAL JUDGMENT OF DISMISSAL

This matter having settled and the Court having entered its Order granting Final Approval of Settlement (Doc. 25, the "Final Approval Order"), the Court will now enter final judgment dismissing all claims in this lawsuit and terminating the action. Accordingly,

IT IS HEREBY ORDERED AND DECREED that:

1.   All claims against Ceva Animal Health, LLC and any John Doe (collectively "Defendant") of all members of the Settlement Class (as defined in this Court's Final Approval Order) are dismissed with prejudice;

2.   All claims against Defendant of all persons who have validly opted out of the Settlement Class are dismissed without prejudice;

3.   All claims against Defendant of the named plaintiff, Dr. Mark W. Sturdy d/b/a Rochester Veterinary Clinic ("Plaintiff") are dismissed with prejudice; and

4.   Plaintiff and all members of the Settlement Class are bound by the Release of Claims set forth in the parties' Settlement Agreement and are hereby permanently enjoined and restrained from filing or prosecuting any Released Claim as defined by the parties' Settlement Agreement, and as set forth in Paragraphs 14 and 17 of the Final Approval Order.

5.   Each party shall bear its own costs, other than such costs payable from the Settlement Fund, as authorized by the Court as part of the Final Approval Order.

ENTERED AND SIGNED THIS 8th DAY OF July, 2013

/s/ Richard Mills
———————————————
Honorable Richard Mills